UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

TARA SHAFA,

                                            Plaintiff,

                -against-

CITY OF NEW YORK, JOHN AND JANE DOES # 1-50,

                                           Defendants.

------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

21-CV-4809 (MKB) (PK)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Dated: New York, New York
      June 21, 2022

| | |
|---|---|
| LORD LAW GROUP PLLC<br>*Attorneys for Plaintiff*<br>14 Wall Street, Suite 1603<br>New York, NY 10007<br>718-701-1002<br><br>By: /s/ Masai I. Lord<br>    Masai I. Lord<br>    *Attorney for Plaintiff* | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>    City of New York<br>*Attorney for Defendant City of New York*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: [signature]<br>    Inna Shapovalova<br>    *Assistant Corporation Counsel* |

AKEEB DAMI ANIMASHAUN
*Attorney for Plaintiff*
14 Wall Street, Suite 1603
New York, NY 10005

By: /s/ A. Dami Animashaun
    Akeeb Dami Animashaun
    *Attorney for Plaintiff*

SO ORDERED:

_____
HON. MARGO K. BRODIE
UNITED STATES DISTRICT JUDGE

Dated: _____, 2022